In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of GEORGE W. EGBERT, as Superintendent of Banks of the State of New York, Respondent, for a Peremptory Order of Mandamus against ALBERT MARINELLI, Clerk of the County of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

B. FISCHER & Co., INC., Respondent, v. RUNKEL BROTHERS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. SAM SCHWARTZ and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARIA DEFALCO, as Ancillary Administratrix, etc., of DOMINICO DEFALCO, Respondent, v. COMMONWEALTH BANK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PHOTOCOLOR CORPORATION and Others, Defendants, Impleaded with HENRY A. TUPPER, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HYMAN M. FORSTENZER and Another, Appellants, for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—Appeal dismissed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY ZAHTILA and Another, Appellants, v. ABRAHAM SCHECHTER and Another, Respondents.— Order so far as appealed from modified by denying 7-b, and limiting examination under item 8 to injuries claimed to be of a permanent nature, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARRY F. J. PIETT, Respondent, v. TRINITY COAL CORPORATION, Defendant, Impleaded with MANCO REALTY COMPANY, Appellant.— Order modified by granting motion to the extent of staying defendant, appellant, from taking any affirmative steps, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.